# IN THE UNITED STATED DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The National Trust for Historic Preservation, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Debra Haaland, in her official capacity as Secretary of the Interior, et al., <br><br> Federal Defendants, <br><br> and <br><br> State of Arizona, <br><br> Intervenor Defendant. | CV 19-5008-PHX-MHB <br><br> **ORDER** |

On March 11, 2021, this Court granted a Stay of the case management deadlines at the parties request, given the change in the Administration and the need for the new Administration to review the litigation and challenged BLM decision. (Docs. 72, 73.) A subsequent request was made to extend the stay, based upon ongoing settlement negotiations, which was granted, and the litigation is stayed until June 29, 2021. (Docs. 75, 76.) The Court notes that Plaintiff's Motion for Summary Judgment is noted as pending on the Court's docket. (Doc. 65.)

It appearing that the December 22, 2020 Motion for Summary Judgment and briefing schedule no longer reflects the current status of this case, the Court will deny the motion as moot and with leave to refile.

**IT IS ORDERED** denying the December 22, 2020 Motion for Summary Judgment (Doc. 65) as moot and with leave to refile once the stay is lifted.

Dated this 26th day of May, 2021.

Honorable Michelle H. Burns
United States Magistrate Judge