Matthew K. Bishop, *admitted pro hac vice*
Montana Bar No. 9968
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
Tel: 406-324-8011
bishop@westernlaw.org

Kelly E. Nokes, *admitted pro hac vice*
Montana Bar No. 39465862
Western Environmental Law Center
208 Paseo del Pueblo Sur, No. 602
Taos, New Mexico 87571
Tel: 575-613-8051
nokes@westernlaw.org

*Counsel for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The National Trust for Historic Preservation, et al., | No. CV-19-5008-PHX-MHB |
| Plaintiffs, vs. | JOINT STATUS REPORT AND UNOPPOSED MOTION TO EXTEND THE STAY |
| David Bernhardt, as Secretary of the Department of the Interior, et al., | |
| Federal-Defendants. | |

In accordance with this Court's September 9, 2021 Order (Doc. 91), Plaintiffs, the National Trust for Historic Preservation *et al.* (the National Trust) and Federal Defendants (BLM), collectively "the Parties," respectfully submit this joint status report and unopposed motion to extend the stay in this case for 60 days in order to continue (and hopefully finalize) settlement negotiations.

In support of this filing, the Parties state as follows:

1. In this case, the National Trust challenges BLM's 2018 decision approving the Sonoran Desert National Monument (Monument) Resource Management Plan Amendment and its authorization of recreational target shooting inside the Monument.

2. On February 26, 2021, the Parties jointly moved the Court for a 60-day stay of this case to allow the new administration to review this litigation and the underlying BLM decision and to allow the Parties to discuss potential settlement options. Doc. 72. This stay request was granted by this Court (Doc. 73) and the Court has extended this request since this time in order to allow settlement talks to continue, most recently on September 9, 2021 (Doc. 81).

3. The Parties have now exchanged multiple settlement proposals, engaged in negotiations, and are continuing to negotiate in good faith. At this point, the National Trust and BLM are cautiously optimistic that they can

reach a compromise and settle this dispute without continued litigation, though some minor areas of disagreement still remain and still need to be worked out. Additional time will also be required for internal review and final BLM approval of any final settlement agreement.

4. The National Trust and BLM therefore seek additional time to continue and hopefully finalize their settlement negotiations and feel that an additional 60 days should suffice. The requested stay is thus in the interests of judicial economy and is consistent with the Court's broad discretion to stay proceedings and defer judicial review.

5.  Intervenor-Defendant (Arizona) does not oppose this request for an extension of the stay period in order for the National Trust and BLM to engage in further settlement talks, so long as Arizona is included in all future discussions and correspondence concerning settlement talks. The National Trust and BLM have agreed to this request.

For these reasons, the Parties respectfully request a 60-day extension of the stay of this case.  The Parties propose that they submit a joint status report on future proceedings in this case within 7 days after the end of the stay period.

Respectfully submitted this 2nd day of December, 2021.

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

/s/ Leilani Doktor
LEILANI DOKTOR, admitted to HI Bar
United States Department of Justice
150 M Street NE
Washington, D.C. 20002
Tel.: (202) 305-0447
Fax: (202) 305-0506
leilani.doktor@usdoj.gov

/s/ Clare Boronow
CLARE BORONOW, admitted to MD Bar
United States Department of Justice
999 18th St.
South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1362
Fax: (303) 844-1350
clare.boronow@usdoj.gov

*Attorneys for BLM*

/s/ Matthew K. Bishop
Matthew K. Bishop, admitted pro hac vice
Montana Bar No. 9968
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
Tel: 406-324-8011
bishop@westernlaw.org

*Counsel for the National Trust*